IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN BECK**                                                                                       **PLAINTIFF**

v.                             **CASE NO. 4:25-CV-00659-BSM**

**MAINLINE HEALTH SYSTEMS, INC.**                                          **DEFENDANT**

## ORDER

Dylan Beck has filed a notice of voluntary dismissal. Doc. No. 8. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE